Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

December 22, 2023


K5480-L02-0072309 T00242 P006 ********SCH 5-DIGIT 41018
NATHAN HARVEY
88 PARK AVE
ELSMERE, KY 41018-1946

Dear Nathan Harvey:

National Amusements, Inc. ("National Amusements") is providing notice of an event that may affect the security of some of your information. While we have no indication of any identity theft or fraud occurring as a result of this event, we are providing you with information about the event, our response, and additional measures you can take to help protect your information, should you feel it appropriate to do so.

**What Happened?** On or about December 15, 2022, National Amusements became aware of suspicious activity in our computer network. We immediately took steps to secure our network and minimize any disruption to our operations. We launched an investigation into the nature and scope of the event with the assistance of industry-leading cybersecurity specialists. Through this investigation, we learned that an unauthorized individual accessed our network between December 13, 2022 and December 15, 2022, and that files containing individuals information may have been viewed and/or taken by the unauthorized individual. After the investigation was complete, we undertook a detailed review of the data, with the assistance of third-party specialists, to determine what information was impacted and to whom it related. We recently completed this review.

**What Information Was Involved?** The investigation determined that the following types of information related to you could be involved: name, Social Security number, date of birth, and employer assigned identification number.

**What We Are Doing.** Upon becoming aware of this event, we moved to investigate and respond, assess the security of relevant National Amusements' systems, and identify any potentially impacted data. As part of our ongoing commitment to the security of information, we are evaluating opportunities to improve security and better prevent future events of this kind. While we currently do not have evidence of any identity theft or fraud related to this event, we are offering you access to complimentary credit monitoring services for 12 months through Experian. These services include fraud consultation and identity theft restoration services. If you wish to activate the credit monitoring services, you may follow the instructions included in the Steps You Can Take to Help Protect Personal Information. Please note the deadline to enroll is March 15, 2024.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud reviewing your account statements and monitoring your free credit reports for suspicious activity and to detect errors. You may also review the information contained in the attached *Steps You Can Take to Help Protect Personal Information.*

## STEPS YOU CAN TAKE TO HELP PROTECT PERSONAL INFORMATION

### Enroll in Monitoring Services

To help protect your identity, we are offering complimentary access to Experian IdentityWorks$^{SM}$ for 12 months.

If you believe there was fraudulent use of your information as a result of this event and would like to discuss how you may be able to resolve those issues, please reach out to an Experian agent. If, after discussing your situation with an agent, it is determined that identity restoration support is needed then an Experian Identity Restoration agent is available to work with you to investigate and resolve each incident of fraud that occurred from the date of the event (including, as appropriate, helping you with contacting credit grantors to dispute charges and close accounts; assisting you in placing a freeze on your credit file with the three major credit bureaus; and assisting you with contacting government agencies to help restore your identity to its proper condition).

Please note that Identity Restoration is available to you for 12 months from the date of this letter and does not require any action on your part at this time. The Terms and Conditions for this offer are located at www.ExperianIDWorks.com/restoration.

While identity restoration assistance is _immediately available to you_, we also encourage you to activate the fraud detection tools available through Experian IdentityWorks as a complimentary 12-month membership. This product provides you with superior identity detection and resolution of identity theft. To start monitoring your personal information, please follow the steps below:

- Ensure that you enroll by March 15, 2024 (Your code will not work after this date.)
- Visit the Experian IdentityWorks website to enroll: https://www.experianidworks.com/3bcredit
- Provide your activation code: YJQHP53VC

If you have questions about the product, need assistance with Identity Restoration that arose as a result of this event, or would like an alternative to enrolling in Experian IdentityWorks online, please contact Experian's customer care team at 800-628-2044 by March 15, 2024. Be prepared to provide engagement number B112138 as proof of eligibility for the Identity Restoration services by Experian.

### Additional details regarding your 12-month Experian IdentityWorks membership

A credit card is not required for enrollment in Experian IdentityWorks. You can contact Experian immediately regarding any fraud issues, and have access to the following features once you enroll in Experian IdentityWorks:

- **Experian credit report at signup**: See what information is associated with your credit file. Daily credit reports are available for online members only.[1]
- **Credit Monitoring**: Actively monitors Experian, Equifax and Transunion files for indicators of fraud.
- **Identity Restoration**: Identity Restoration specialists are immediately available to help you address credit and non-credit related fraud.
- **Experian IdentityWorks ExtendCARE**™: You receive the same high-level of Identity Restoration support even after your Experian IdentityWorks membership has expired.
- **$1 Million Identity Theft Insurance**[2]: Provides coverage for certain costs and unauthorized electronic fund transfers.

### Monitor Your Accounts

Under U.S. law, a consumer is entitled to one free credit report annually from each of the three major credit reporting bureaus, Equifax, Experian, and TransUnion. To order a free credit report, visit

nalcreditreport.com or call, toll-free, 1-877-322-8228. Consumers may also directly contact the three credit reporting bureaus listed below to request a free copy of their credit report.

Consumers have the right to place an initial or extended "fraud alert" on a credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If consumers are the victim of identity theft, they are entitled to an extended fraud alert, which is a fraud alert lasting seven years. Should consumers wish to place a fraud alert, please contact any of the three major credit reporting bureaus listed below.

As an alternative to a fraud alert, consumers have the right to place a "credit freeze" on a credit report, which will prohibit a credit bureau from releasing information in the credit report without the consumer's express authorization. The credit freeze is designed to prevent credit, loans, and services from being approved in a consumer's name without consent. However, consumers should be aware that using a credit freeze to take control over who gets access to the personal and financial information in their credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application they make regarding a new loan, credit, mortgage, or any other account involving the extension of credit. Pursuant to federal law, consumers cannot be charged to place or lift a credit freeze on their credit report. To request a credit freeze, individuals may need to provide some or all of the following information:

1. Full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. Addresses for the prior two to five years;
5. Proof of current address, such as a current utility bill or telephone bill;
6. A legible photocopy of a government-issued identification card (state driver's license or ID card, etc.); and
7. A copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft if they are a victim of identity theft.

Should consumers wish to place a credit freeze or fraud alert, please contact the three major credit reporting bureaus listed below:

| Equifax | Experian | TransUnion |
| --- | --- | --- |
| https://www.equifax.com/personal/credit-report-services/ | https://www.experian.com/help/ | https://www.transunion.com/credit-help |
| 1-888-298-0045 | 1-888-397-3742 | 1-800-916-8800 |
| Equifax Fraud Alert, P.O. Box 105069 Atlanta, GA 30348-5069 | Experian Fraud Alert, P.O. Box 9554, Allen, TX 75013 | TransUnion Fraud Alert, P.O. Box 2000, Chester, PA 19016 |
| Equifax Credit Freeze, P.O. Box 105788 Atlanta, GA 30348-5788 | Experian Credit Freeze, P.O. Box 9554, Allen, TX 75013 | TransUnion Credit Freeze, P.O. Box 160, Woodlyn, PA 19094 |

### Additional Information

Consumers may further educate themselves regarding identity theft, fraud alerts, credit freezes, and the steps they can take to protect your personal information by contacting the consumer reporting bureaus, the Federal Trade Commission, or their state Attorney General. The Federal Trade Commission may be reached at: 600 Pennsylvania Avenue NW, Washington, D.C. 20580; www.identitytheft.gov; 1-877-ID-THEFT (1-877-438-4338); and TTY: 1-866-653-4261. The Federal Trade Commission also encourages those who discover that their information has been misused to file a complaint with them. Consumers can obtain further information on how to file such a complaint by way of the contact information listed above. Consumers have the right to file a police report if they ever experience identity theft or fraud. Please note that in order to file a report with law enforcement for identity theft, consumers will likely need to provide some proof that they have been a victim. Instances of known or suspected identity theft should also be reported to law enforcement and the relevant state Attorney General. This notice has not been delayed by law enforcement.

K5480-L02



**For More Information.** We understand that you may have questions about this event that are not addressed in this letter. Should you have any questions, you may contact our dedicated call center at 800-628-2044, which can be reached Monday through Friday from 8:00 am – 10:00 pm, or Saturday and Sunday from 10:00 am – 7:00 pm Central Time (excluding major U.S. holidays) or you can write to us at 846 University Avenue, P.O. Box 9108, Norwood, MA 02062-9108.

Sincerely,

National Amusements, Inc.