UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Nathan Harvey et al**

       Plaintiff(s)

       V.

CIVIL ACTION

NO. 1:24-10027-GAO

**National Amusements Inc.**

       Defendant

**ORDER OF DISMISSAL**

O'TOOLE, D. J.

    In accordance with the Court's OPINION ORDER (Dkt. No. 40) dated March 27, 2025, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                           By the Court,

3/27/2025                                                /s/ Flaviana de Oliveira
Date                                                       Deputy Clerk