# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATHAN HARVEY** and **NICK DEPROSPO**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL AMUSEMENTS INC.** d/b/a **SHOWCASE CINEMAS**,<br><br>Defendant. | No. 1:24-cv-10027-GAO |

## PLAINTIFFS' AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Nathan Harvey and Nick Deprospo, hereby amend the Notice of Appeal originally filed on April 28, 2025.

This Amended Notice of Appeal is taken to the United States Court of Appeals for the First Circuit from:

1. The judgment entered by the Court on March 27, 2025 (ECF Nos. 40 and 41), and all prior orders subsumed therein; and

2. The Electronic Order entered on July 16, 2025 (ECF No. 42) by the Honorable George A. O'Toole, Jr., denying Plaintiffs' Rule 59(e) Motion to Clarify and Rule 15(a) Motion for Leave to Amend, and reaffirming the dismissal with prejudice of Plaintiffs' claims.

This amendment is made to ensure that the appeal encompasses the Court's July 16, 2025 order in addition to the March 27, 2025 judgment.

Dated: August 15, 2025                                        Respectfully submitted,

1

**STRAUSS BORRELLI PLLC**

By: /s/ *Cassandra P. Miller*
  Cassandra P. Miller*
  Raina C. Borrelli*
  One Magnificent Mile
  980 N Michigan Avenue, Suite 1610
  Chicago IL, 60611
  Telephone: (872) 263-1100
  Facsimile: (872) 263-1109
  Facsimile: (872) 263-1109
  cmiller@straussborrelli.com
  raina@straussborrelli.com

  Anthony Paronich
  **PARONICH LAW, P.C.**
  350 Lincoln Street, Suite 2400
  Hingham, MA 02043
  Telephone: (617) 485-0018
  Facsimile: (508) 318-8100
  anthony@paronichlaw.com


 *Attorney for Plaintiffs and the Proposed Class*
*Pro Hac Vice**

2

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 15th day of August, 2025.

        STRAUSS BORRELLI PLLC

By: */s/Cassandra P. Miller*
     Cassandra P. Miller
     STRAUSS BORRELLI PLLC
     One Magnificent Mile
     980 N Michigan Avenue, Suite 1610
     Chicago IL, 60611
     Telephone: (872) 263-1100
     Facsimile: (872) 263-1109
     cmiller@straussborrelli.com