UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **NATHAN HARVEY** and **NICK DEPROSPO**, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**NATIONAL AMUSEMENTS INC.** d/b/a **SHOWCASE CINEMAS**,<br><br>Defendant. | No. 1:24-cv-10027-GAO |

## PLAINTIFFS' AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Nathan Harvey and Nick Deprospo, hereby amend the Notice of Appeal originally filed on April 28, 2025.

This Amended Notice of Appeal is taken to the United States Court of Appeals for the First Circuit from:

1. The judgment entered by the Court on March 27, 2025 (ECF Nos. 40 and 41), and all prior orders subsumed therein; and

2. The Electronic Order entered on July 16, 2025 (ECF No. 42) by the Honorable George A. O'Toole, Jr., denying Plaintiffs' Rule 59(e) Motion to Clarify and Rule 15(a) Motion for Leave to Amend, and reaffirming the dismissal with prejudice of Plaintiffs' claims.

This amendment is made to ensure that the appeal encompasses the Court's July 16, 2025 order in addition to the March 27, 2025 judgment.

Dated: August 15, 2025                                        Respectfully submitted,

1

**STRAUSS BORRELLI PLLC**

By: /s/ Cassandra P. Miller
    Cassandra P. Miller*
    Raina C. Borrelli*
    One Magnificent Mile
    980 N Michigan Avenue, Suite 1610
    Chicago IL, 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    Facsimile: (872) 263-1109
    cmiller@straussborrelli.com
    raina@straussborrelli.com

    Anthony Paronich
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (617) 485-0018
    Facsimile: (508) 318-8100
    anthony@paronichlaw.com


 *Attorney for Plaintiffs and the Proposed Class*
*Pro Hac Vice\**

## CERTIFICATE OF SERVICE

I, Cassandra P. Miller, hereby certify that on August 15, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record, below, via the ECF system.

DATED this 15th day of August, 2025.

        STRAUSS BORRELLI PLLC

    By: */s/Cassandra P. Miller*
        Cassandra P. Miller
        STRAUSS BORRELLI PLLC
        One Magnificent Mile
        980 N Michigan Avenue, Suite 1610
        Chicago IL, 60611
        Telephone: (872) 263-1100
        Facsimile: (872) 263-1109
        cmiller@straussborrelli.com