UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: Harvey et al v. National Amusements Inc.

District Court Number: 24cv10027-GAO

Fee: Paid? Yes ____ No _X_  Government filer ____  *In Forma Pauperis* Yes ____ No ____

Motions Pending      Yes ____ No _X_          Sealed documents    Yes ____ No _X_
If yes, document # _____                 If yes, document # _____

*Ex parte* documents  Yes ____ No _X_          Transcripts         Yes _X_ No ____
If yes, document # _____                 If yes, document # 48

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent ____   Other: ____

Appeal from:

#40 Opinion and Order, #41 Order of Dismissal, #55 Electronic Order

Other information:

***Amended/Subsequent Notice of Appeal***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#40, #41, #55, and #57

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 57  filed on August 15, 20205.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 15, 2025.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**