# United States Court of Appeals
## For the First Circuit

No. 25-1414

NATHAN HARVEY, on behalf of themselves and all others similarly situated; NICK DEPROSPO, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

v.

NATIONAL AMUSEMENTS, INC., d/b/a Showcase Cinemas,

Defendant - Appellee.

**JUDGMENT**

Entered: December 29, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1), with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Anthony Paronich
Raina C. Borrelli
Cassandra P. Miller
Lindsey A. Gil
Edward J. McAndrew
Melissa Bilancini