# United States Court of Appeals
## For the First Circuit

No. 25-1414

NATHAN HARVEY, on behalf of themselves and all others similarly situated; NICK DEPROSPO, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellants,

v.

NATIONAL AMUSEMENTS, INC., d/b/a Showcase Cinemas,

Defendant - Appellee.

**MANDATE**

Entered: December 29, 2025

In accordance with the judgment of December 29, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Melissa Bilancini
Raina C. Borrelli
Lindsey A. Gil
Edward J. McAndrew
Cassandra P. Miller
Anthony Paronich